UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA JOHNSON,

                Plaintiff,

-*against*-

KHAJIA MISBAHUDDIN, M.D., KWAME KITSON, M.D., BRONX LEBANON HOSPITAL, *and* BRONXCARE HEALTH SYSTEM,

                Defendants.

**ORDER**

23-cv-426 (ER)

RAMOS, D.J.:

      This matter was removed to this Court from the Supreme Court of the State of New York, County of Bronx on January 18, 2023. Doc. 1. On March 7, 2023, Plaintiff, along with Kwame Kitson, M.D., filed a proposed stipulation and order of dismissal in which the United States was substituted as a defendant in place of Kitson. Doc. 5. Additionally, the proposed stipulation dismissed the Plaintiff's claims against the United States without prejudice. *Id.* This Order was granted on March 7, 2023. Doc. 6. Subsequently, the case was terminated in error on March 7, 2023. The Clerk of Court is respectfully directed to re-open the case.

      Furthermore, for the reasons stated on the record at the initial pre-trial conference held on March 17, 2023, and without objection, this case is hereby REMANDED to the Supreme Court of the State of New York, County of Bronx.

SO ORDERED.

Dated:   March 17, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.